Gary Huss (SBN 057370)
**LAW OFFICES OF GARY HUSS**
3649 W. Beechwood Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 441-7073
Facsimile: (559) 261-4916
E-mail: gary@huss4law.com

Attorneys for Defendant
GAMALIEL GUERRA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GAMALIEL GUERRA, et al., ) <br> ) <br> Defendants. ) <br> ) | Case Number 1:10CR00211 OWW <br><br> **ORDER TO DEFENDANT'S GAMALIEL'S AMENDED NOTICE OF MOTION AND MOTION FOR SEVERANCE TO SEAL DOCUMENTS** <br><br> DATE: March 14, 2011 <br> TIME: 8:30 a.m. <br> JUDGE: Honorable Oliver W. Wanger |

After considering the Defendant, Gamaliel Guerra's Ex Parte Motion and having found good cause therefore, the Court hereby ORDERS that:

1. The Exhibits to the Motion for Severance by Gamaliel Guerra are sealed until further order of this court.

IT IS SO ORDERED.

Dated: February 9, 2011.              /s/ OLIVER W. WANGER
                                      United States District Judge